UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 19-40106 |
| Plaintiff, | FACTUAL BASIS STATEMENT |
| vs. | |
| KYLE GULLIKSON, | |
| Defendant. | |

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

My name is Kyle Gullikson. On or about November 5, 2019, I used my cell phone to send threatening messages to Keith Cournoyer on Facebook. I knowingly and willfully sent, via Facebook, two public posts and one private message to Keith Cournoyer. The messages were of a threatening nature and involved Keith Cournoyer. The messages were transmitted in interstate commerce over the internet.

All of my actions were in violation of 18 U.S.C. § 875(c).

|  |  |
|---|---|
| *March 20, 2020* <br> Date | _____ <br> Jeffrey C. Clapper <br> Assistant United States Attorney <br> P.O. Box 2638 <br> Sioux Falls, SD 57101-2638 <br> Telephone: (605) 357-2351 <br> Facsimile: (605) 330-4410 <br> E-Mail: Jeff.Clapper@usdoj.gov |
| 3/19/20 <br> Date | _____ <br> Kyle Gullikson <br> Defendant |
| 3/19/20 <br> Date | _____ <br> Joshua D. Zellmer <br> Attorney for Defendant |

RONALD A. PARSONS, JR.
United States Attorney